In the Matter of the Application of KENSINGTON-DAVIS CORPORATION for a Peremptory Mandamus Order Directed to FRANK X. SCHWAB and Others.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

FLOYD KENT, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

In the Matter of the Judicial Settlement of the Accounts of JOHN J. MORRISSEY, as Executor, etc., of THOMAS H. KAVANAGH, Deceased.— Motion granted and appeal dismissed, with costs.

BARBARA ORTS, as Administratrix, etc., Respondent, v. JACK J. HEIL, Appellant.— Appeal dismissed, without costs, on stipulation filed.

PILLSBURY FLOUR MILLS COMPANY, Respondent, v. JOSEPH NICOTERA, Appellant.— Motion granted and appeal dismissed, with costs.

In the Matter of the Claim of FRANK RAYMOND against the Estate of ANDREW DAVIS, Deceased.— Appeal dismissed unless appellant shall within ten days file and serve the printed papers on appeal and pay to respondent's attorneys ten dollars, and shall be ready to argue the appeal at the opening of the September term.

SWAN GARAGE, INC., Respondent, v. POST OFFICE GARAGE, INC., Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs on appeal and pay to respondent's attorneys ten dollars by August fifteenth, and shall be ready to argue the appeal at the opening of the September term.

ROBERT LASOTA and ROSE LASOTA, Appellants, v. MARY MADAI, Respondent.— Appeals dismissed unless appellants shall file and serve printed papers and printed briefs on appeal and pay to respondent's attorneys ten dollars by August first, and shall be ready to argue the appeal at the opening of the September term.

ANNA MILLER, Respondent, v. UNION INDEMNITY COMPANY, Appellant.— Judgment and order reversed on the facts, and new trial granted, with costs to appellant to abide event, for the reasons stated in the opinion by Sears, J., in the case of *Miller* v. *Union Indemnity Co. (ante,* p. 455), decided herewith. All concur.

HORACE S. BRADLEY, Respondent, v. HARRY SPILLER, Appellant.— Judgment and order affirmed, with costs. All concur.

FRED B. WRIGHT, Appellant, v. JOHN W. LOCKIE and Others, Respondents.— Judgment reversed on the law and new trial granted, with costs to appellant to abide event, on the ground that the refusal of the court to charge the jury as requested, that they had the right to infer from the failure of Maxwell Lockie to take the witness stand, that his testimony would be unfavorable to his own defense and to the defense of John Lockie, was prejudicial error. (*Hayden* v. *New York Railways Co.,* 233 N. Y. 34; *Longacre* v. *Yonkers R. R. Co.,* 236 id. 119.) All concur; Hubbs, P. J., not sitting.

JOHN GEIGER, Respondent, v. LAURA SNELL, Respondent, Impleaded with ARTHUR A. THOMPSON and Another, Appellants.— Judgment affirmed, with costs. Findings Nos. 32 and 33 in defendant Thompson's requests to find are disapproved and reversed. All concur; Hubbs, P. J., not sitting.